# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JARROD TAYLOR,<br><br>               Plaintiff,<br><br>v.<br><br>JOHN Q. HAMM, in his official capacity as Commissioner, Alabama Department of Corrections, and<br><br><br>TERRY RAYBON, in his official capacity as Warden, Holman Correctional Facility,<br><br>               Defendants. | Case No. 2:25-cv-00678-ECM<br><br><br><br>**CAPITAL CASE** |

## PLAINTIFF'S MOTION TO DESIGNATE THE JANUARY 14, 2026 HEARING AS A RULE 16 SCHEDULING CONFERENCE

For the reasons set forth below, Plaintiff Jarrod Taylor respectfully moves the Court to designate the upcoming hearing, to be held in-person on January 14, 2026 at 10:00 a.m. C.T., as a Rule 16 initial scheduling conference.

**ARGUMENT**

The Court has scheduled a hearing in the above-captioned case, as well as in *Van Pelt* v. *Hamm, et al.*, 2:25-cv-00671-ECM (M.D. Ala.), *Belisle* v. *Hamm, et al.*, 2:25-cv-00673-ECM (M.D. Ala.), *Brooks* v. *Hamm, et al.*, 2:25-cv-00674-ECM (M.D. Ala.), *George* v. *Hamm, et al.*, 2:25-cv-00675-ECM (M.D. Ala.), *Jenkins* v. *Hamm, et al.*, 2:25-cv-00676-ECM (M.D. Ala.), *Williams* v. *Hamm, et al.*, 2:25-cv-00677-ECM (M.D. Ala.), and *Lee* v. *Hamm, et al.*, 2:25-cv-00680-ECM (M.D. Ala.) (together with this action, the "Related Nitrogen Hypoxia Actions"),[1] for January 14, 2026 at 10:00 a.m. C.T. on the parties' joint motions to consolidate and Defendants' motions to dismiss. ECF No. 27 (citing ECF Nos. 17, 18). In setting the hearing, the Court also directed counsel to "be prepared to discuss . . . all other aspects of the case." *Id.* Counsel for Plaintiffs accordingly anticipate that scheduling will be among the topics of discussion on January 14 and that the hearing will be most productive and efficient if the parties hold a Rule 26(f) conference and submit a joint Rule 26(f) report to the Court in advance.

Counsel for Plaintiffs in the Related Nitrogen Hypoxia Actions contacted counsel for Defendants to schedule a Rule 26(f) conference and submit a joint Rule 26(f) report to the Court. On November 24, 2025, the parties agreed to hold the conference on December 18, 2025 at 10:00 a.m. C.T. Defendants agreed to attend the conference, and Plaintiffs agreed to schedule it for several weeks later to accommodate defense counsel's stated scheduling conflicts. In

---

[1] Because the joint motions to consolidate in the eight Related Nitrogen Hypoxia Actions are pending, plaintiffs in each case are filing a materially identical version of this motion on the docket of each Related Nitrogen Hypoxia Action.

advance of the conference, Plaintiffs provided Defendants with an initial proposed draft Rule 26(f) report in order to advance orderly and constructive discussions. This draft included alternative language regarding how discovery would proceed if the Court grants or denies the pending joint motions to consolidate.

Approximately 90 minutes before the scheduled Rule 26(f) conference was set to occur on December 18, 2025, Defendants' counsel abruptly refused to participate in the conference, stating that it "is not a practicable time for a conference" due to, among other things, the pending motions to consolidate and dismiss. Defense counsel also noted that the Court "has not ordered a [Rule] 26(f) conference [or] scheduling order" yet. Of course, all of those things were true when Defendants initially agreed to participate in a Rule 26(f) conference. Defendants' unilateral cancellation of the conference—and refusal to meet and confer for some indefinite period—threatens to unreasonably delay the Related Nitrogen Hypoxia Actions.

Plaintiffs in the Related Nitrogen Hypoxia Actions thus respectfully request that the Court designate the January 14 hearing as a Rule 16 scheduling conference and order the parties to submit a joint Rule 26(f) report to the Court by January 7, 2026. *See* Fed. R. Civ. P. 16(b)(1)(B), 26(f)(1) (parties must hold a Rule 26(f) planning conference "as soon as practicable—and in any event at least 21 days before a scheduling conference is to be held"), 26(f)(2) (parties "are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for submitting to the court within 14 days after the conference a written report outlining the plan").

Designating the January 14 hearing as a Rule 16 initial scheduling conference will maximize efficiency, as all counsel will be present in the courtroom that day. In addition, these actions were filed in August, so the time is ripe for the parties to meet to discuss scheduling and

commence discovery.  Furthermore, Plaintiffs in the Related Nitrogen Hypoxia Actions have proposed a schedule that aligns with the one the Court very recently set in *Wilson* v. *Hamm*, 2:24-cv-00111-ECM (M.D. Ala. Dec. 9, 2025), ECF No. 75.  That schedule is eminently achievable in these cases.  It provides for discovery to conclude by December 14, 2026, and for trial to be held during the term of court commencing on June 28, 2027.  There would be substantial efficiencies for all involved if the Related Nitrogen Hypoxia Actions proceed alongside the *Wilson* matter given the significant overlap in legal and factual issues involved.

        We have conferred with counsel for Defendants, who oppose this motion.

Dated: December 19, 2025

Respectfully submitted,

*/s/ Andrew J. Ehrlich*

Andrew J. Ehrlich

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**

Andrew J. Ehrlich (NY Bar No. 4103909)
(*pro hac vice*)
Justin D. Lerer (NY Bar No. 4182812)
(*pro hac vice*)
Kyle T. Sieber (NY Bar No. 5755798)
(*pro hac vice*)
Matthew D. Kaminer (NY Bar No. 5997325)
(*pro hac vice* admission pending)

1285 Avenue of the Americas,
New York, NY 10019
(212) 373-3000
aehrlich@paulweiss.com
jlerer@paulweiss.com
ksieber@paulweiss.com
mkaminer@paulweiss.com

*Attorneys for Plaintiff Jarrod Taylor*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 19, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Andrew J. Ehrlich*

Andrew J. Ehrlich